PEOPLE *v.* FISHER

Appeal from Livingston, Paul R. Mahinske, J. Submitted Division 2 May 6, 1970, at Lansing. (Docket No. 7,637.) Decided June 2, 1970.

Linda Sue Fisher was convicted, on her plea of guilty, of uttering and publishing. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Thomas Kizer, Jr.,* Prosecuting Attorney, for the people.

*Levenson & Ruby,* for defendant on appeal.

Before: T. M. BURNS, P. J., and QUINN and ROBERTS,* JJ.

PER CURIAM. The defendant was convicted on her plea of guilty of the crime of uttering and publishing. MCLA § 750.249 (Stat Ann 1962 Rev § 28.446). On appeal, defendant contends that her plea should be set aside, and a new trial ordered, because she was allegedly "led to believe" that she would receive a sentence of probation, that she acted under duress, and that somehow her will was subverted by drugs, liquor and the masculine domination of her boyfriend. The record does not lend any credence to the defendant's allegations and, therefore, we affirm the conviction.

---

* Circuit judge, sitting on the Court of Appeals by assignment.